# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LANDY, SCOTT J. | § | Case No. 13-12334 |
| WILSON-LANDY, KAILA CELESTE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/26/2013. The undersigned trustee was appointed on 03/26/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 11,748.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 24.73 |
| Bank service fees | | 335.67 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 1,805.57 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,582.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/17/2013 and the deadline for filing governmental claims was 10/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,924.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,744.24 , for a total compensation of $ 1,744.24 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2015          By: _____
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-12334 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | WILSON-LANDY, KAILA CELESTE | 341(a) Meeting Date: | 05/30/13 |
| For Period Ending: | 08/04/15 | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 503 Jennifer Lane, Grayslake, IL 60030 / PIN 06-27 | 258,000.00 | 0.00 | | 0.00 | FA |
| 2. Wyndham SeaWatch Plantation, Myrtle Beach, SC / Ti | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. On person | 50.00 | 0.00 | | 0.00 | FA |
| On person | | | | | |
| 4. ING Online / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| ING Online / checking acct. | | | | | |
| 5. PNC Bank / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| PNC Bank / checking acct. | | | | | |
| 6. Quorum Federal Credit Union / checking acct. | 2,198.00 | 0.00 | | 0.00 | FA |
| Quorum Federal Credit Union / checking acct. | | | | | |
| 7. Quorum Federal Credit Union / savings acct. | 225.59 | 0.00 | | 0.00 | FA |
| Quorum Federal Credit Union / savings acct. | | | | | |
| 8. TCF Bank / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| TCF Bank / checking acct. | | | | | |
| 9. Furniture and computer | 500.00 | 0.00 | | 0.00 | FA |
| Furniture and computer | | | | | |
| 10. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 11. Necklace | 1,000.00 | 0.00 | | 0.00 | FA |
| Necklace | | | | | |
| 12. Ameriprise IRA | 128,263.07 | 0.00 | | 0.00 | FA |
| Ameriprise IRA | | | | | |
| 13. Fidelity 401(k) | 43,468.73 | 0.00 | | 0.00 | FA |
| Fidelity 401(k) | | | | | |
| 14. T. Rowe Price 401(k) | 91,789.70 | 0.00 | | 0.00 | FA |
| T. Rowe Price 401(k) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-12334 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | | | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | WILSON-LANDY, KAILA CELESTE | | | 341(a) Meeting Date: | 05/30/13 |
| | | | | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. TIAA CREF IRA | 14,098.81 | 0.00 | | 0.00 | FA |
| TIAA CREF IRA | | | | | |
| 16. Heinz stock / 50 shares | 3,042.50 | 0.00 | | 0.00 | FA |
| Heinz stock / 50 shares | | | | | |
| 17. SKL Service Co., Inc. (90% shareholder) (not opera | Unknown | N/A | | 0.00 | FA |
| SKL Service Co., Inc. (90% shareholder) (not operating) | | | | | |
| 18. Savings Bonds: $200, $50, $50 | 300.00 | 0.00 | | 0.00 | FA |
| Savings Bonds: $200, $50, $50 | | | | | |
| 19. Anticipated tax refund (estimated) (used for real | 10,000.00 | 0.00 | | 9,318.00 | FA |
| Anticipated tax refund (estimated) (used for real estate taxes) | | | | | |
| 20. 2002 Saturn L200 / 130,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 2002 Saturn L200 / 130,000 miles | | | | | |
| 21. 2010 Toyota Prius | 12,000.00 | 0.00 | | 0.00 | FA |
| 2010 Toyota Prius | | | | | |
| 22. TAX Refund - state of il (u) | 0.00 | 2,000.00 | | 2,430.00 | FA |
| 23. The Growth Factory Consulting Co., Inc. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $567,386.40 | $2,000.00 | | $11,748.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING THE CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015. TRUSTEE TO COLLECT OUTSTANDING TAX REFUND OWED TO DEBTORS. TRUSTEE HAS OBTAINED THE TAX REFUND OWING TO

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-12334   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LANDY, SCOTT J. | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | WILSON-LANDY, KAILA CELESTE | 341(a) Meeting Date: | 05/30/13 |
| | | Claims Bar Date: | 10/17/13 |

THE DEBTORS.  THE TRUSTEE IS REVIEWING PROOFS OF CLAIM FILED IN THIS CASE - January 19, 2014.  NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15     Current Projected Date of Final Report (TFR): 08/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-12334 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | | Bank Name: | ASSOCIATED BANK |
| | WILSON-LANDY, KAILA CELESTE | | Account Number / CD #: | *******2499  Checking Account |
| Taxpayer ID No: | *******6259 | | | |
| For Period Ending: | 08/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/13 | 19 | UNITED STATES TREASURY | Tax refund | 1124-000 | 9,318.00 | | 9,318.00 |
| | | | Income tax refund | | | | |
| 09/09/13 | 22 | STATE OF IL | Tax refund | 1224-000 | 2,430.00 | | 11,748.00 |
| | | | Income tax refund | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 11,734.15 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 11,718.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,700.78 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.83 | 11,683.95 |
| 12/17/13 | 300001 | SCOTT & KAILA LANDRY | Payment of exemption | 8100-000 | | 1,805.57 | 9,878.38 |
| | | 503 JENNIFER LANE | Payment of exemption | | | | |
| | | GRAYSLAKE, IL  60030 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 9,861.44 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.66 | 9,846.78 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 9,833.56 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 14.28 | 9,819.28 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.62 | 9,804.66 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,790.55 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.56 | 9,775.99 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,761.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,747.42 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.49 | 9,732.93 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.00 | 9,718.93 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.45 | 9,704.48 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,690.52 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.41 | 9,676.11 |

Page Subtotals        11,748.00        2,071.89

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-12334 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LANDY, SCOTT J. | | Bank Name: | ASSOCIATED BANK |
| | WILSON-LANDY, KAILA CELESTE | | Account Number / CD #: | *******2499 Checking Account |
| Taxpayer ID No: | *******6259 | | | |
| For Period Ending: | 08/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.39 | 9,661.72 |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 10.45 | 9,651.27 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 9,638.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 9,623.97 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 9,610.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.29 | 9,595.83 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.80 | 9,582.03 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,748.00 | 2,165.97 | 9,582.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,748.00 | 2,165.97 | |
| Less: Payments to Debtors | | 1,805.57 | |
| Net | 11,748.00 | 360.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2499 | 11,748.00 | 360.40 | 9,582.03 |
| | 11,748.00 | 360.40 | 9,582.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    94.08

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 02, 2015 |
|---|---|---|---|---|---|---|

Case Number:  13-12334  
Debtor Name:  LANDY, SCOTT J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,744.24 | $1,744.24 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $14.28 | $14.28 |
| BOND<br>999<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 E. 42nd Street<br>New York, NY 10165 | Administrative | | $0.00 | $10.45 | $10.45 |
| 000001<br>070<br>7100-00 | Hibu, Inc<br>f/ka Yellow Book Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $430.00 | $430.00 |
| 000002<br>070<br>7100-00 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130 | Unsecured | | $0.00 | $4,037.88 | $4,037.88 |
| 000003<br>070<br>7100-00 | The Boelter Companies, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | Unsecured | | $0.00 | $1,138.59 | $1,138.59 |
| 000004<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $0.00 | $4,310.46 | $4,310.46 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $15,872.84 | $15,872.84 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,813.64 | $7,813.64 |
| | Case Totals: | | | $0.00 | $35,372.38 | $35,372.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-12334
Case Name: LANDY, SCOTT J.
      WILSON-LANDY, KAILA CELESTE
Trustee Name: JOSEPH E. COHEN

    Balance on hand      $      9,582.03

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,744.24 | $ 0.00 | $ 1,744.24 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.28 | $ 14.28 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 10.45 | $ 10.45 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $ 1,744.24
    Remaining Balance      $ 7,837.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,603.41  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu, Inc<br>f/ka Yellow Book Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | $ 430.00 | $ 0.00 | $ 100.29 |
| 000002 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130 | $ 4,037.88 | $ 0.00 | $ 941.81 |
| 000003 | The Boelter Companies, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | $ 1,138.59 | $ 0.00 | $ 265.57 |
| 000004 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | $ 4,310.46 | $ 0.00 | $ 1,005.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 15,872.84 | $ 0.00 | $ 3,702.24 |
| 000006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 7,813.64 | $ 0.00 | $ 1,822.49 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,837.79 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE