UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
LANDY, SCOTT J. § Case No. 13-12334
WILSON-LANDY, KAILA CELESTE §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/09/2015 in Courtroom ,

    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                                                                    Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LANDY, SCOTT J.                     §    Case No. 13-12334
WILSON-LANDY, KAILA CELESTE         §
                                    §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,748.00 |
| and approved disbursements of | $ | 2,165.97 |
| leaving a balance on hand of[1] | $ | 9,582.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,744.24 | $ 0.00 | $ 1,744.24 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.28 | $ 14.28 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 10.45 | $ 10.45 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,744.24 |
| Remaining Balance | $ 7,837.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,603.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu, Inc f/ka Yellow Book Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | $ 430.00 | $ 0.00 | $ 100.29 |
| 000002 | Discover Personal Loan Po Box 30954 Salt Lake City, UT 84130 | $ 4,037.88 | $ 0.00 | $ 941.81 |
| 000003 | The Boelter Companies, Inc. c/o Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, Wisconsin 53212 | $ 1,138.59 | $ 0.00 | $ 265.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | $ 4,310.46 | $ 0.00 | $ 1,005.39 |
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 15,872.84 | $ 0.00 | $ 3,702.24 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 7,813.64 | $ 0.00 | $ 1,822.49 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,837.79 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                                Case No. 13-12334-ABG
Scott J. Landy                                                        Chapter 7
Kaila Celeste Wilson-Landy
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: dross                 Page 1 of 2                  Date Rcvd: Sep 23, 2015
                               Form ID: pdf006             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2015.
db/jdb         +Scott J. Landy,    Kaila Celeste Wilson-Landy,    503 Jennifer Lane,    Grayslake, IL 60030-1575
20235843       +American Express,    Box 0001,   Lox Angeles, CA 90096-8000
21026994        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20235844       +Anderson Pest Solutions,    501 W. Lake St., Ste. 304,    Elmhurst, IL 60126-1419
20235845      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20235846       +Bari Food Products,    710 Schneider Drive,    South Elgin, IL 60177-1160
20235847       +Bay Towel,    PO Bolx 12115,   Green Bay, WI 54307-2115
20235848        Boelter,   PO Box 1451,    Milwaukee, WI 53201-1451
20235854        CNA Insurance,    PO Box 790094,    St. Louis, MO 63179-0094
20235849       +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
20235850       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
20235851        Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
20235857      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Direct TV,    PO Box 60036,    Los Angeles, CA 90060-0036)
20235856       +Dex One,    PO Box 9001401,   Louisville, KY 40290-1401
20235859       +Divino, LLC,    888 E. Belvidere Rd., #213,    Grayslake, IL 60030-2572
20235860        First Impressions,    327A Old McHenry Rd.,    Long Grove, IL 60047-8863
20792420       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha, NE 68197-0002
20235861        Fox River Foods,    503 Baseline Rd.,   Montgomery, IL 60538
20235862       +Garrelts & Sons, Inc.,    3420 N. Richmond Rd.,    Johnsburg, IL 60051-5446
20481612       +Hibu, Inc,    f/ka Yellow Book Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126
20235863       +Holly Press,    888 E. Belvidere Rd., #114,    Grayslake, IL 60030-2570
20235864       +Kohner Mann & Kailas, SC,    Barnabas Business Center,    4650 N. Port Washington Rd.,
                 Milwaukee, WI 53212-1078
20235865       +Lake County Clerk,    18 N. County Street,    Waukegan, IL 60085-4340
20235840       +Landy Scott J,    503 Jennifer Lane,    Grayslake, IL 60030-1575
20235869        MC Squared,    PO Box 25235,   Lehigh Valley, PA 18002-5235
20235867       #+MacCarb,    4616 W. Main St.,    West Dundee, IL 60118-9414
20235868       +Maestranzi Brothers,    4715 N. Ronald Street,    Harwood Hts., IL 60706-3815
20235870        Mock Design Services,    561 Trestle Court,    Grayslake, IL 60030-2766
20235874       +Northern Tax & Business Services,    148 Center St., Ste. 5,    Grayslake, IL 60030-3633
20235875        Pepsi Beverages Co.,    Lockbox 75948,    Chicago, IL 60675-5948
20235876       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
20235877       +Quorum Fcu/dovenmuehle,    2 Manhattanville Dr,    Pleasant, NY 10577-2118
20235842        Randall A Wolff,    3325 N Arlington Hts Rd Ste 500,    Arlington Heights, IL 60004-1584
20235878       +Sonitrol,    3215 Arnold Lane,    Northbrook, IL 60062-2406
20235879       +State Bank Of The Lakes,    440 Lake Street,    Antioch, IL 60002-1478
20235880       +TEC Foods, Inc.,    PO Box 410727,    Chicago, IL 60641-0727
20789692       +The Boelter Companies, Inc.,    c/o Kohner, Mann & Kailas, S.C.,
                 4650 North Port Washington Road,    Milwaukee, Wisconsin 53212-1077
20235881       +Trading Post Shoppes,    2588 Savanna Drive,    Wauconda, IL 60084-5009
20235882       +Turano Barking,    6501 W. Roosevelt Rd.,    Berwyn, IL 60402-1100
20235883       +UPS Store,    100 S. Atkinson Rd., #116,    Grayslake, IL 60030-7819
20235884       +V. Marchese, Inc.,    600 Jake Marchese Way,    Milwaukee, WI 53204-1665
20235885       +Veolia Environmental Services,    2230 Ernie Krueger Circle,    Waukegan, IL 60087-3226
20235841       +Wilson-Landy Kaila Celeste,    503 Jennifer Lane,    Grayslake, IL 60030-1575
20235886       +Wintrust Commercial Banking,    C/O First Bank Card,    P.O. Box 2818,    Omaha, NE 68103-2818
20235887       +Yellowbook, Inc.,    PO Box 3162,    Cedar Rapids, IA 52406-3162
20969932        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20235852       +E-mail/Text: bk.notifications@jpmchase.com Sep 24 2015 01:24:48      Chase Auto,   Po Box 901076,
                 Ft Worth, TX 76101-2076
20235855       +E-mail/Text: legalcollections@comed.com Sep 24 2015 01:26:22      ComEd,   PO Box 6111,
                 Carol Stream, IL 60197-6111
20235858       +E-mail/Text: dplbk@discover.com Sep 24 2015 01:25:55      Discover Personal Loan,   Po Box 30954,
                 Salt Lake City, UT 84130-0954
20235872       +E-mail/Text: egssupportservices@egscorp.com Sep 24 2015 01:25:35      NCO Financial,
                 507 Prudential Rd.,    Horsham, PA 19044-2368
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20235853      ##+Christ Panos Foods Corp.,    817 W. 21st Street,    Chicago, IL 60608-4508
20235866      ##+Lee Landy,    4771 Heatherton Drive,    Columbus, OH 43229-5754
20235871      ##+Money Mailer Chain-O-Lakes,    38680 N. Munn Road,    Lake Villa, IL 60046-5802
20235873       ##North Shore Gas,    PO Box A3991,    Chicago, IL 60690-3991
20235888      ##+Yong Yu,   2588 Savanna Drive,    Wauconda, IL 60084-5009
                                                                                  TOTALS: 0, * 0, ## 5
```

```
District/off: 0752-1           User: dross                 Page 2 of 2                   Date Rcvd: Sep 23, 2015
                               Form ID: pdf006             Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2015 at the address(es) listed below:
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Randall A Wolff    on behalf of Joint Debtor Kaila Celeste Wilson-Landy randall@rwolfflaw.com,
               anna@rwolfflaw.com
              Randall A Wolff    on behalf of Debtor Scott J. Landy randall@rwolfflaw.com,  anna@rwolfflaw.com
                                                                                             TOTAL: 4