UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| LANDY, SCOTT J. | § | Case No. 13-12334 |
| WILSON-LANDY, KAILA CELESTE | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 240,096.16 *(Without deducting any secured claims)* | Assets Exempt: 319,095.81 |
| Total Distributions to Claimants:  7,837.79 | Claims Discharged Without Payment:  240,097.12 |
| Total Expenses of Administration:  2,104.64 | |

3) Total gross receipts of $ 11,748.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,805.57  (see **Exhibit 2**), yielded net receipts of $ 9,942.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 279,415.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,848.88 | 3,848.88 | 2,104.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 195.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 243,004.10 | 33,603.41 | 33,603.41 | 7,837.79 |
| **TOTAL DISBURSEMENTS** | $ 522,614.10 | $ 37,452.29 | $ 37,452.29 | $ 9,942.43 |

   4)  This case was originally filed under chapter 7 on 03/26/2013. The case was pending for 35 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  01/25/2016          By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax refund (estimated) (used for real | 1124-000 | 9,318.00 |
| TAX Refund - state of il | 1224-000 | 2,430.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,748.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT & KAILA LANDRY | Exemptions | 8100-000 | 1,805.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,805.57** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Po Box 901076 Ft Worth, TX 76101 | | 8,725.00 | NA | NA | 0.00 |
| | Pnc Bank 2730 Liberty Ave Pittsburgh, PA 15222 | | 51,698.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quorum Fcu/dovenmuehle 2 Manhattanville Dr Pleasant, NY 10577 | | 218,992.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 279,415.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 3,488.48 | 3,488.48 | 1,744.24 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 10.45 | 10.45 | 10.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.28 | 14.28 | 14.28 |
| ASSOCIATED BANK | 2600-000 | NA | 335.67 | 335.67 | 335.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,848.88** | **$ 3,848.88** | **$ 2,104.64** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Clerk 18 N. County Street Waukegan, IL 60085 | | 195.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 195.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anderson Pest Solutions 501 W. Lake St., Ste. 304 Elmhurst, IL  60126 | | 113.28 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | 639.00 | NA | NA | 0.00 |
| | Bari Food Products 710 Schneider Drive South Elgin, IL  60177 | | 60.00 | NA | NA | 0.00 |
| | Bay Towel PO Bolx 12115 Green Bay, WI  54307 | | 283.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNA Insurance PO Box 790094 St. Louis, MO  63179-0094 | | 0.00 | NA | NA | 0.00 |
| | Cap1/bstby 26525 N Riverwoods Blvd Mettawa, IL  60045 | | 25.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE  19886-5153 | | 13,673.50 | NA | NA | 0.00 |
| | Christ Panos Foods Corp. 817 W. 21st Street Chicago, IL  60608 | | 1,614.09 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL  60197 | | 404.10 | NA | NA | 0.00 |
| | Dex One PO Box 9001401 Louisville, KY  40290 | | 466.69 | NA | NA | 0.00 |
| | Direct TV PO Box 60036 Los Angeles, CA  90060-0036 | | 77.07 | NA | NA | 0.00 |
| | Divino, LLC 888 E. Belvidere Rd., #213 Grayslake, IL  60030 | | 80.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Impressions 327A Old McHenry Rd. Long Grove, IL 60047-8863 | | 36.00 | NA | NA | 0.00 |
| | Fox River Foods 503 Baseline Rd. Montgomery, IL  60538 | | 879.03 | NA | NA | 0.00 |
| | Garrelts & Sons, Inc. 3420 N. Richmond Rd. Johnsburg, IL 60051 | | 95.00 | NA | NA | 0.00 |
| | Holly Press 888 E. Belvidere Rd., #114 Grayslake, IL 60030 | | 127.52 | NA | NA | 0.00 |
| | Kohner Mann & Kailas, SC Barnabas Business Center 4650 N. Port Washington Rd. Milwaukee, WI  53212-1059 | | 0.00 | NA | NA | 0.00 |
| | Lee Landy 4771 Heatherton Drive Columbus, OH  43229 | | 6,234.52 | NA | NA | 0.00 |
| | MC Squared PO Box 25235 Lehigh Valley, PA  18002-5235 | | 1,791.90 | NA | NA | 0.00 |
| | MacCarb 4616 W. Main St. West Dundee, IL  60118 | | 210.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maestranzi Brothers 4715 N. Ronald Street Harwood Hts., IL 60706 | | 52.00 | NA | NA | 0.00 |
| | Mock Design Services 561 Trestle Court Grayslake, IL 60030-2766 | | 482.12 | NA | NA | 0.00 |
| | Money Mailer Chain-O-Lakes 38680 N. Munn Road Lake Villa, IL 60046 | | 450.00 | NA | NA | 0.00 |
| | NCO Financial 507 Prudential Rd. Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | North Shore Gas PO Box A3991 Chicago, IL 60690-3991 | | 952.89 | NA | NA | 0.00 |
| | Northern Tax & Business Services 148 Center St., Ste. 5 Grayslake, IL 60030 | | 980.64 | NA | NA | 0.00 |
| | Pepsi Beverages Co. Lockbox 75948 Chicago, IL 60675-5948 | | 1,074.59 | NA | NA | 0.00 |
| | Sonitrol 3215 Arnold Lane Northbrook, IL 60062 | | 110.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Bank Of The Lakes 440 Lake Street Antioch, IL 60002 | | 8,545.63 | NA | NA | 0.00 |
| | State Bank Of The Lakes 440 Lake Street Antioch, IL 60002 | | 14,395.89 | NA | NA | 0.00 |
| | TEC Foods, Inc. PO Box 410727 Chicago, IL  60641 | | 28.00 | NA | NA | 0.00 |
| | Trading Post Shoppes 2588 Savanna Drive Wauconda, IL 60084 | | 154,275.00 | NA | NA | 0.00 |
| | Turano Barking 6501 W. Roosevelt Rd. Berwyn, IL 60402 | | 512.52 | NA | NA | 0.00 |
| | UPS Store 100 S. Atkinson Rd., #116 Grayslake, IL 60030 | | 118.79 | NA | NA | 0.00 |
| | V. Marchese, Inc. 600 Jake Marchese Way Milwaukee, WI  53204 | | 108.80 | NA | NA | 0.00 |
| | Veolia Environmental Services 2230 Ernie Krueger Circle Waukegan, IL  60087 | | 539.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wintrust Commercial Banking C/O First Bank Card P.O. Box 2818 Omaha, NE  08103-2818 | | 4,118.98 | NA | NA | 0.00 |
| | Yellowbook, Inc. PO Box 3162 Cedar Rapids, IA  52406 | | 580.23 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 7,910.51 | 7,813.64 | 7,813.64 | 1,822.49 |
| 000002 | DISCOVER PERSONAL LOAN | 7100-000 | 4,248.00 | 4,037.88 | 4,037.88 | 941.81 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 15,798.00 | 15,872.84 | 15,872.84 | 3,702.24 |
| 000004 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 4,310.46 | 4,310.46 | 1,005.39 |
| 000001 | HIBU, INC | 7100-000 | NA | 430.00 | 430.00 | 100.29 |
| 000003 | THE BOELTER COMPANIES, INC. | 7100-000 | 911.09 | 1,138.59 | 1,138.59 | 265.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 243,004.10 | $ 33,603.41 | $ 33,603.41 | $ 7,837.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-12334 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | Date Filed (f) or Converted (c): | 03/26/13 (f) |
|  | WILSON-LANDY, KAILA CELESTE | 341(a) Meeting Date: | 05/30/13 |
| For Period Ending: | 01/25/16 | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 503 Jennifer Lane, Grayslake, IL 60030 / PIN 06-27 | 258,000.00 | 0.00 | | 0.00 | FA |
| 2. Wyndham SeaWatch Plantation, Myrtle Beach, SC / Ti | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. On person | 50.00 | 0.00 | | 0.00 | FA |
| On person | | | | | |
| 4. ING Online / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| ING Online / checking acct. | | | | | |
| 5. PNC Bank / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| PNC Bank / checking acct. | | | | | |
| 6. Quorum Federal Credit Union / checking acct. | 2,198.00 | 0.00 | | 0.00 | FA |
| Quorum Federal Credit Union / checking acct. | | | | | |
| 7. Quorum Federal Credit Union / savings acct. | 225.59 | 0.00 | | 0.00 | FA |
| Quorum Federal Credit Union / savings acct. | | | | | |
| 8. TCF Bank / checking acct. | 50.00 | 0.00 | | 0.00 | FA |
| TCF Bank / checking acct. | | | | | |
| 9. Furniture and computer | 500.00 | 0.00 | | 0.00 | FA |
| Furniture and computer | | | | | |
| 10. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 11. Necklace | 1,000.00 | 0.00 | | 0.00 | FA |
| Necklace | | | | | |
| 12. Ameriprise IRA | 128,263.07 | 0.00 | | 0.00 | FA |
| Ameriprise IRA | | | | | |
| 13. Fidelity 401(k) | 43,468.73 | 0.00 | | 0.00 | FA |
| Fidelity 401(k) | | | | | |
| 14. T. Rowe Price 401(k) | 91,789.70 | 0.00 | | 0.00 | FA |
| T. Rowe Price 401(k) | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.05b

Case 13-12334 Doc 27 Filed 02/12/16 Entered 02/12/16 14:42:30 Desc Main
Document Page 12 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-12334 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | | | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | WILSON-LANDY, KAILA CELESTE | | | 341(a) Meeting Date: | 05/30/13 |
| | | | | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. TIAA CREF IRA  TIAA CREF IRA | 14,098.81 | 0.00 | | 0.00 | FA |
| 16. Heinz stock / 50 shares  Heinz stock / 50 shares | 3,042.50 | 0.00 | | 0.00 | FA |
| 17. SKL Service Co., Inc. (90% shareholder) (not opera  SKL Service Co., Inc. (90% shareholder) (not operating) | Unknown | N/A | | 0.00 | FA |
| 18. Savings Bonds: $200, $50, $50  Savings Bonds: $200, $50, $50 | 300.00 | 0.00 | | 0.00 | FA |
| 19. Anticipated tax refund (estimated) (used for real  Anticipated tax refund (estimated) (used for real estate taxes) | 10,000.00 | 0.00 | | 9,318.00 | FA |
| 20. 2002 Saturn L200 / 130,000 miles  2002 Saturn L200 / 130,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 21. 2010 Toyota Prius  2010 Toyota Prius | 12,000.00 | 0.00 | | 0.00 | FA |
| 22. TAX Refund - state of il (u) | 0.00 | 2,000.00 | | 2,430.00 | FA |
| 23. The Growth Factory Consulting Co., Inc. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $567,386.40 | $2,000.00 | | $11,748.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TDR SINCE ALL CHECKS HAVE CLEARED - 01/20/16. TFR FILED WITH COURT - Oct. 31, 2015. NO CHANGE -
July 30, 2015. TRUSTEE PREPARING THE CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-12334    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LANDY, SCOTT J. | Date Filed (f) or Converted (c): | 03/26/13 (f) |
| | WILSON-LANDY, KAILA CELESTE | 341(a) Meeting Date: | 05/30/13 |
| | | Claims Bar Date: | 10/17/13 |

RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE TO COLLECT OUTSTANDING TAX REFUND OWED TO DEBTORS.  TRUSTEE HAS OBTAINED THE TAX REFUND OWING TO THE DEBTORS.  THE TRUSTEE IS REVIEWING PROOFS OF CLAIM FILED IN THIS CASE - January 19, 2014.  NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15        Current Projected Date of Final Report (TFR): 08/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-12334 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | Bank Name: | ASSOCIATED BANK |
| | WILSON-LANDY, KAILA CELESTE | Account Number / CD #: | *******2499 Checking Account |
| Taxpayer ID No: | *******6259 | | |
| For Period Ending: | 01/25/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/13 | 19 | UNITED STATES TREASURY | Tax refund | 1124-000 | 9,318.00 | | 9,318.00 |
| | | | Income tax refund | | | | |
| 09/09/13 | 22 | STATE OF IL | Tax refund | 1224-000 | 2,430.00 | | 11,748.00 |
| | | | Income tax refund | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 11,734.15 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 11,718.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,700.78 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.83 | 11,683.95 |
| 12/17/13 | 300001 | SCOTT & KAILA LANDY | Payment of exemption | 8100-000 | | 1,805.57 | 9,878.38 |
| | | 503 JENNIFER LANE | Payment of exemption | | | | |
| | | GRAYSLAKE, IL 60030 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 9,861.44 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.66 | 9,846.78 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 9,833.56 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 14.28 | 9,819.28 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.62 | 9,804.66 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,790.55 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.56 | 9,775.99 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,761.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,747.42 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.49 | 9,732.93 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.00 | 9,718.93 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.45 | 9,704.48 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,690.52 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.41 | 9,676.11 |

Page Subtotals 11,748.00 2,071.89

Ver: 19.05b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-12334 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LANDY, SCOTT J. | | Bank Name: | ASSOCIATED BANK |
| | WILSON-LANDY, KAILA CELESTE | | Account Number / CD #: | *******2499 Checking Account |
| Taxpayer ID No: | *******6259 | | | |
| For Period Ending: | 01/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.39 | 9,661.72 |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 10.45 | 9,651.27 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 9,638.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 9,623.97 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.85 | 9,610.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.29 | 9,595.83 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.80 | 9,582.03 |
| 10/09/15 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees<br>Trustee Fees | 2100-000 | | 1,744.24 | 7,837.79 |
| 11/05/15 | 300005 | Hibu, Inc<br>f/ka Yellow Book Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Claim 000001, Payment 23.32326% | 7100-000 | | 100.29 | 7,737.50 |
| 11/05/15 | 300006 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130 | Claim 000002, Payment 23.32437% | 7100-000 | | 941.81 | 6,795.69 |
| 11/05/15 | 300007 | The Boelter Companies, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | Claim 000003, Payment 23.32446%<br>(3-1) goods sold | 7100-000 | | 265.57 | 6,530.12 |
| 11/05/15 | 300008 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | Claim 000004, Payment 23.32442% | 7100-000 | | 1,005.39 | 5,524.73 |
| 11/05/15 | 300009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A. | Claim 000005, Payment 23.32437%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 3,702.24 | 1,822.49 |

Page Subtotals 0.00 7,853.62

Ver: 19.05b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-12334 -ABG | |
| Case Name: | LANDY, SCOTT J. | |
| | WILSON-LANDY, KAILA CELESTE | |
| Taxpayer ID No: | *******6259 | |
| For Period Ending: | 01/25/16 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2499 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/15 | 300010 | POB 29262<br>New York, NY 10087-9262<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 23.32447%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 1,822.49 | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 11,748.00 | 11,748.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 11,748.00 | 11,748.00 | |
| | Less: Payments to Debtors | | 1,805.57 | |
| | Net | 11,748.00 | 9,942.43 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2499 | 11,748.00 | 9,942.43 | 0.00 |
| | 11,748.00 | 9,942.43 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,822.49

Ver: 19.05b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*